```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

**CONSULTING SERVICES GROUP, LLC,**

    **Plaintiff,**

**V.**                                                              **NO. 11-3080-Ma**

**FEDERAL INSURANCE COMPANY,**

    **Defendant.**

### ORDER OF DISMISSAL

The plaintiff has submitted a Notice of Voluntary Dismissal indicating that this matter may be dismissed with prejudice. This case is therefore dismissed in its entirety with prejudice.

It is SO ORDERED this 19th day of June, 2013.

                                      *s/ Samuel H. Mays, Jr.*
                                      SAMUEL H. MAYS, JR.
                                      UNITED STATES DISTRICT JUDGE